Leon Jordan, Plaintiff-Appellant, v. Jack Fearn, Defendant-Appellee.

Term No. 58–O–20.

Fourth District.

January 31, 1959.

Released for publication February 18, 1959.

Leonard J. Dunn, for plaintiff-appellant; Smith, McCollum & Riggle, for defendant-appellee. Opinion by JUDGE CULBERTSON. Not to be published in full.